edovo

# OFFICIAL TRANSCRIPT FOR DEVIN LAVALLEY

Aug 16, 2025 - Aug 10, 2026
Broome County Public Safety Facility, NY

## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| 81 | 44 | 37 | 18 |

## 18 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| Practical Engineering | This course equips individuals with critical engineering problem-solving and technical skills, fostering analytical thinking and practical knowledge essential for stable, skilled employment. | **Time to pass:** 6 hr 42 min **Total time:** 6 hr 42 min | PASSED **Completed:** Jul 27, 2026 |
| Thinking for the Future - CBT | Become empowered with practical tools and insights to cultivate positive thinking patterns, enhance emotional well-being, and foster meaningful behavioral changes for a brighter future. | **Time to pass:** 5 hr 27 min **Total time:** 5 hr 27 min | PASSED **Completed:** May 9, 2026 |
| Critical Thinking | Teaches applied critical thinking to improve emotional control, reduce impulsive reactions, question assumptions, and make safer decisions that align with life goals. | **Time to pass:** 4 hr 30 min **Total time:** 4 hr 30 min | PASSED **Completed:** May 11, 2026 |
| Bill Nye Teaches Science & Problem-Solving | Discover how science and problem-solving can transform how you think, face challenges, and plan for a brighter future. | **Time to pass:** 4 hr 13 min **Total time:** 4 hr 13 min | PASSED **Completed:** May 7, 2026 |
| Corey Damen Jenkins Teaches Interior Design | Renowned designer Corey Damen Jenkins shows you how interior design can be a tool for self-expression, healing, and empowerment. | **Time to pass:** 3 hr 53 min **Total time:** 3 hr 53 min | PASSED **Completed:** May 7, 2026 |
| Introduction to Artificial Intelligence | This course helps you grasp key concepts in artificial intelligence. You'll see how AI can enhance your products, life, and career. AI has been around for over half a century. | **Time to pass:** 3 hr 17 min **Total time:** 3 hr 17 min | PASSED **Completed:** Jul 11, 2026 |
| Neil deGrasse Tyson Teaches Scientific Thinking and... | Gain critical thinking skills and effective communication tools from astrophysicist Neil deGrasse Tyson to uncover objective truths and articulate your findings. | **Time to pass:** 2 hr 17 min **Total time:** 2 hr 17 min | PASSED **Completed:** Jul 12, 2026 |

| Course name | Overview | Time | Status |
|---|---|---|---|
| How Can I Heal from Child Sexual Abuse? | Participants learn concrete coping strategies and practical application tools to manage the effects of childhood sexual trauma in adult life. | **Time to pass:** 2 hr 10 min<br>**Total time:** 2 hr 10 min | PASSED<br>**Completed:** May 5, 2026 |
| PCPM-Secrets of the Lord's Prayer Sermon by Mark Finley | Matthew 6:9-13 says, "This, then, is how you should pray: 'Our Father in heaven, hallowed be your name, your kingdom come, your will be done on earth as it is in heaven. Give us today our daily bread | **Time to pass:** 2 hr 02 min<br>**Total time:** 2 hr 02 min | PASSED<br>**Completed:** Jul 19, 2026 |
| Brain Health | The world's leading brain health experts teach us how to help combat anxiety and fatigue while aging smarter. | **Time to pass:** 1 hr 49 min<br>**Total time:** 1 hr 49 min | PASSED<br>**Completed:** Jul 18, 2026 |
| Gut Health | Evidence-based gut health course teaching adults how diet, microbiome, and lifestyle choices shape long-term physical and mental well-being. | **Time to pass:** 1 hr 45 min<br>**Total time:** 1 hr 45 min | PASSED<br>**Completed:** Jul 9, 2026 |
| PREP Domestic Violence | This course seeks to educate participants about what domestic violence is, how it impacts victims, and how it can be prevented. | **Time to pass:** 1 hr 34 min<br>**Total time:** 1 hr 34 min | PASSED<br>**Completed:** Jul 28, 2026 |
| Learn Your Strengths from Shining Light | Discover and develop your unique strengths, gaining practical tools and insights to enhance self-awareness, build positive relationships, and make a meaningful impact in any circumstance. | **Time to pass:** 1 hr 23 min<br>**Total time:** 1 hr 23 min | PASSED<br>**Completed:** May 10, 2026 |
| AIDA by Mail | A self-reflection course that helps learners examine abusive behavior, beliefs, triggers, accountability, and healthy relationship skills. | **Time to pass:** 0 hr 54 min<br>**Total time:** 0 hr 54 min | PASSED<br>**Completed:** Jul 29, 2026 |
| TYRO: Breaking The Cycles of Self Destruction | This program aims to describe the process of healing from traumatic events and becoming a resilient leader in one's family and community. It emphasizes the need to understand the healing process. | **Time to pass:** 0 hr 52 min<br>**Total time:** 0 hr 52 min | PASSED<br>**Completed:** Jul 20, 2026 |
| Rewired Program | Transform habits, create lasting change, and rewire your brain for recovery and wellness with the Rewired Program. | **Time to pass:** 0 hr 45 min<br>**Total time:** 0 hr 45 min | PASSED<br>**Completed:** Jul 29, 2026 |

edovo

# OFFICIAL TRANSCRIPT FOR: DEVIN LAVALLEY

Aug 16, 2025 - Aug 10, 2026
Broome County Public Safety Facility, NY

| Course name | Overview | Time | Status |
|---|---|---|---|
| Recovery Starts Within | Gain practical knowledge that supports personal growth, daily decision-making, and future opportunities. | **Time to pass:** 0 hr 35 min<br>**Total time:** 0 hr 35 min | PASSED<br>**Completed:** Jun 4, 2026 |
| Anger Management* | Acquire essential skills in anger management, fostering self-control, violence prevention, and seeking support, leading to healthier emotional regulation and positive interpersonal interactions. | **Time to pass:** 0 hr 30 min<br>**Total time:** 0 hr 30 min | PASSED<br>**Completed:** Jul 18, 2026 |

# Supplemental Learning - 36 hr 58 min

## Summary

Listed below are the top **12** supplemental interactive learning items DEVIN has spent time on. In addition, DEVIN has engaged with **2 readings** and **268 learning videos.**

| Title | Time |
|---|---|
| Eric the Car Guy - Noises | 5 hr 52 min |
| Eric the Car Guy - Brakes | 5 hr 33 min |
| Eric the Car Guy - Performance and Drivability | 4 hr 08 min |
| Eric the Car Guy - Transmissions | 3 hr 48 min |
| Eric the Car Guy - HVAC | 3 hr 41 min |
| Deep Heart | Junkyard Boulevard - Virtual Performance | 2 hr 45 min |
| Eric the Car Guy - Engine Overheat | 2 hr 25 min |
| Eric the Car Guy - Leaks | 2 hr 08 min |
| Eric the Car Guy - Electrical | 2 hr 03 min |
| Eric the Car Guy - Idle Issues | 1 hr 51 min |
| Eric the Car Guy - Vibrations | 1 hr 18 min |
| CEWD Energy Industry Fundamentals 2.0 | 0 hr 26 min |